No. 12–0313/MC.  U.S. v. Andrew D. Tearman.  CCA 201100195.  Review granted on the following issues:

I.  THE LOWER COURT HELD THAT THE ADMISSION, OVER APPELLANT'S OBJECTION, OF TWO PIECES OF TESTIMONIAL HEARSAY FOUND WITHIN THE DD FORM 2624 WAS HARMLESS ERROR BEYOND A REASONABLE DOUBT.  BUT IT MISAPPLIED THE *SWEENEY* FACTORS AND DID NOT CONSIDER THE *BLAZIER II* FACTORS IN ASSESSING PREJUDICE.  DID THE LOWER COURT ERR IN HOLDING THAT THE TESTIMONIAL HEARSAY DID NOT CONTRIBUTE TO APPELLANT'S CONVICTION?

II.  THE LOWER COURT HELD THAT THE MILITARY JUDGE DID NOT ABUSE HIS DISCRETION IN ADMITTING, OVER APPELLANT'S OBJECTION, THE CHAIN–OF–CUSTODY DOCUMENTS AND INTERNAL REVIEW WORKSHEETS BECAUSE THEY WERE NON–TESTIMONIAL.  ARE THESE NON–MACHINE GENERATED DOCUMENTS AND WORKSHEETS TESTIMONIAL?

Briefs will be filed under Rule 25.